UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSLYN SAGE,<br><br>   Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY SERVICES, LLC, et al.,<br><br>   Defendants. | No. 1:16-cv-01586-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 15) |

On February 3, 2017, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 15.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 7, 2017**                    /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE